**Joseph W. BLACKBURN, Representative Plaintiff and other persons similarly situated, the Plaintiff Class, Plaintiff–Appellant,**

v.

**John C. CALHOUN, George R. Fernambucq, the Law Firm of Boyd, Fernambucq & Vincent, P.C. and its individual partners and/or shareholders, L. Stephen Wright, the Law Firm of Najjar, Denaburg, P.C. and its individual partners and/or shareholders, Charles Gorham, and the Law Firm of Gorham & Cason, L.L.C. and their individual partners and/or members, Defendants–Appellees.**

No. 08–11982

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 16, 2008.

Joseph W. Blackburn, Birmingham, AL, pro se.

Bettie J. Carmack, State of Alabama Attorney General's Office, Montgomery, AL, Scott Burnett Smith, Rusha C. Smith, Sarah L. Nichols, Bradley, Arant, Rose & White, LLP, Huntsville, AL, Emily Sides Bonds, Walston, Stabler, Wells, Anderson & Bains, Timothy M. Davis, Walston, Wells & Birchall, LLP, Birmingham, AL, for Defendants–Appellees.

Before TJOFLAT, BIRCH and HULL, Circuit Judges.

PER CURIAM:

This RICO [1] action is rooted in an Alabama divorce suit. It was brought by the plaintiff more than four years after the decree dissolving his marriage was entered. The defendants are the judge who presided over the case, the lawyer who represented appellant, the lawyer who represented his then wife, another unrelated divorce lawyer, and their law firms.

In a thoroughgoing order, record, vol. 3 at tab 73, the district court granted the judge summary judgment on the ground of judicial immunity, and dismissed the claims against the remaining defendants as barred by the statute of limitations. The court also denied plaintiff's motion to alter or amend its judgment. Plaintiff now appeals.

We agree for the reasons stated in the district court's order that plaintiff's claims were due to be dismissed.

AFFIRMED.

---

1. The Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 *et seq.*